831 A.2d 587

**John A. GUIDO**

v.

**TOWNSHIP OF SANDY and Dubois Dutch, LLC,**

**Petition of Dubois Dutch, LLC.**

Supreme Court of Pennsylvania.

Aug. 27, 2003.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of August, 2003, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue:

Whether a leasehold interest with an option to purchase creates a property interest in the lessee sufficient to support a subdivision under the terms of the Pennsylvania Municipalities Planning Code (MPC).